**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**NICHOLAS UTHE,**<br><br>**Defendant.** | **16-po-5198-JTJ**<br>**VIOLATIONS:**<br>**6027391**<br>**6027392**<br>**6027393**<br><br>**Location Code: M13**<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $500.00 and a $30.00 processing fee for VN 6027391; $250.00 and a $30.00 processing fee for VN 6027392; and $250.00 and a $30.00 processing fee for VN 6027393 for a total amount of $1,090.00 in full by June 30, 2017. Payments should be mailed to the following address:

> Clerk of Court
> United States District Court
> Missouri River Courthouse
> 125 Central Avenue West, Suite 110
> Great Falls, MT 59404

The check(s) should be made out to the Clerk, U.S. District Court;

IT IS FURTHER ORDERED that the defendant shall immediately pay $200 in restitution payable to the Department of Interior Restoration Fund, IBC Division of Financial Management Services, Branch of Accounting Operations, ATTN: Collections Officer, Mail Stop D-2770, 7401 West Mansfield Ave., Lakewood, CO 80235 and submit to one-year unsupervised probation. As part of the unsupervised probation, defendant agrees to remove all photographs of Glacier National Park used for commercial purposes from any website including Instagram, Facebook and Pintrest, or any other commercial outlet within his control.

IT IS FURTHER ORDERED that the initial appearance in the above captioned matter, currently scheduled for December 8, 2016, is VACATED.

DATED this 22nd day of November, 2016.


_____
John Johnston
United States Magistrate Judge